IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SARA BEATTY,<br><br>Plaintiff<br><br>vs.<br><br>UNION COUNTY, SOUTH DAKOTA, and JAMES PROUTY, in his individual and official capacity as Sheriff of Union County, South Dakota<br><br>Defendants. | 4:26-cv-04077-CBK<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

COMES NOW the Plaintiff, by and through her attorneys, and for their Complaint, state and allege as follows:

## PARTIES

1. Plaintiff Sara Beatty ("Beatty") is a female that resides in North Sioux City, South Dakota.

2. Beatty was employed by the Union County Sheriff's Department as the 911 Dispatch Director in Union County for approximately seven years until her unlawful termination on or about April 30, 2025.

3. Union County, South Dakota (the "County") is a political subdivision of the State of South Dakota and operates the Union County, South Dakota Sheriff's Office.

4. Defendant James Prouty resides in Union County, South Dakota and was the Sheriff of the County and Beatty's supervisor at all times relevant to the event complained of herein.

## JURISDICTION AND VENUE

5. This action arises in part under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331. This Court has supplemental jurisdiction over the state law claims included in this Complaint are so related to claims in this action that they form part of the same case or controversy under 28 U.S.C. § 1367.

6. Prior to her unlawful termination, Beatty was an "employee" of the Union County Sheriff's Department within the meaning of 42 U.S.C. § 2000e(f) and SDCL § 20-13-1(6). Beatty's employment was based at the Union County Sheriff's Office in Elk Point, South Dakota.

7. Following her unlawful termination, Beatty timely filed charges of employment discrimination with the South Dakota Division of Human Rights and the United States Equal Employment Opportunity Commission.

8. On March 6, 2026, less than 90 days prior to the filing of this Complaint, the Equal Employment Opportunity Commission issued a right to sue letter with respect to Beatty's charges.

9. Venue is proper in this district and division under 28 U.S.C. § 1391 because the events or omissions giving rise to the claims occurred within the Southern Division of the District of South Dakota.

## FACTUAL ALLEGATIONS

10. Beatty is a lesbian female who was hired by the County Sheriff on or around May 2015. At the time of Beatty's termination, she was the 911 Director for the County.

11. Beatty was terminated for her sexual orientation, gender, and for reporting the County Sheriff operations to the Federal Bureau of Investigation ("FBI") Criminal Justice Information Services ("CJIS") auditor in charge of ensuring compliance with FBI CJIS policy.

12. Beatty served the County under Sheriff Dan Limoges. After Sheriff Limoges passed away in February 2024, Sheriff Prouty was appointed Sheriff. Sheriff Prouty was later elected and sworn in as Union County Sheriff in January 2025.

13. While under Sheriff Limoges, Beatty was seen as an exemplary employee. Beatty did not receive written or verbal warnings nor was she disciplined or ever given negative feedback.

14. As the 911 Director, Beatty managed dispatchers and spent much of her time in the dispatch area.

15. When Sheriff Limoges was still serving Union County there was a video camera in the dispatch area. The camera was against FBI CJIS policy, and the FBI CJIS auditor required Union County to remove the camera to comply with FBI CJIS policy.

16. In or around December 2024, (during Sheriff Prouty's tenure) a camera was placed back in dispatch near the same area that the original camera was located. Beatty informed Sheriff Prouty that the camera violated FBI CJIS policy. Sheriff Prouty did not correct the problem after Beatty reported it to him.

17. In January 2025, Beatty contacted Kelli Erickson, the FBI CJIS auditor, to report the camera in the dispatch area.

18. Around the same time, Beatty began experiencing a reduction in responsibility at her work.

19. For example, Beatty as the 911 Director, Beatty managed the dispatchers. As part of her duties, Beatty would receive, review, and approve time off requests from dispatchers. Beatty had this responsibility for seven years prior to Sheriff Prouty's tenure. However, after Sheriff Prouty was appointed, he removed that power from Beatty. Sheriff Prouty required dispatcher time off requests to be cleared through Sheriff Prouty. Beatty is not aware from any male or heterosexual managers having duties removed upon Sheriff Prouty's appointment.

20. Similarly, when Beatty became the 911 Director she had access to her team's timecards, personnel files and attachments, and county cameras. All of Beatty's access was removed from Beatty by Sheriff Prouty. Beatty's now-wife also worked at the Union County Sheriff's Office. Beatty's wife also lost access to information she had prior to Sheriff Prouty's tenure. Beatty is not aware of any male or heterosexual managers having information access changed.

21. Beatty married her wife on March 16, 2025. Beatty took some time off and then returned to work. Shortly after Beatty returned to work, she was terminated.

22. The County terminated Beatty on April 30, 2025. There was no reason given to Beatty at that time why she was being terminated. However, Beatty has now learned that the County cited to her "negative attitude" for firing Beatty. Beatty never received that feedback prior to termination.

23. The County replaced Beatty with a male heterosexual.

**COUNT I: SEX DISCRIMINATION**
**Title VII of the Civil Rights Act of 1964**

24. Beatty incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein.

25. The Supreme Court of the United States recognizes sexual orientation as a protected class as a characteristic of sex. *Bostock v. Clayton County, Georgia*, 590 U.S. 644, 683 (2020). Both Title VII of the Civil Rights Act and S.D.C.L. § 20-13-10 prohibit employers from taking adverse action against a person based on sex. Accordingly, Beatty as a lesbian female is a member of a protected class.

26. Beatty was qualified to perform her job as a 911 Director. Indeed, Beatty performed as a 911 Director for approximately eight years prior to her termination.

27. Beatty endured disparate treatment and ultimately termination based on her sex and sexual orientation.

28. Beatty was treated differently from male and heterosexual employees.

29. The County cannot demonstrate a legitimate, non-discriminatory reason for terminating Beatty, and to the extent it can, the reason for suspending and terminating Beatty was merely pretextual for discrimination.

30. The County's conduct was willful and wanton, entitling Beatty to punitive damages and attorney's fees.

31. Beatty has been damaged as a result of Defendant's conduct.

**COUNT II: WRONGFUL TERMINATION**
**Violation of Public Policy**

32. Beatty incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein.

33. Beatty engaged in a statutorily protected activity by reporting violations of FBI CJIS policy to the FBI CJIS auditor. Namely, Beatty reported that cameras were located in the dispatch area.

34. After reporting policy violations to the appropriate authority, Beatty's employment was terminated.

35. Beatty's reporting of policy violations was the casual reason for her termination.

36. The County cannot demonstrate a legitimate, nonretaliatory reason for Beatty's termination and to the extent it can, that reason was merely a pretext for the County's retaliatory action.

37. The County's conduct was willful and wanton, malicious, and/or reckless, entitling Beatty to punitive damages.

38. Beatty has been damaged as a result of Defendant's conduct.

**COUNT III: SEX DISCRIMINATION**
**Violation of the South Dakota Human Relations Act**

39. Beatty incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein.

40. SDCL § 20-13-10 prohibits employers from taking adverse action against a person based on sex.

41. Beatty is a lesbian female and is thus part of a protected class.

42. Beatty was terminated based on her sex and sexual orientation.

43. Beatty was treated differently than her male and heterosexual counterparts.

44. The County cannot demonstrate a legitimate, non-discriminatory reason for suspending and terminating Beatty, and to the extent it can, the reason for terminating Beatty was merely pretextual for discrimination.

45. Beatty has been damaged as a result of Defendant's conduct.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1. That the practices of Defendant be determined to violate the rights secured to the Plaintiff under Title VII and the South Dakota Human Relations Act;

2. For all relief available to Plaintiff, including compensatory relief and damages arising from loss of past and future income, benefits, emotional distress, and other damages, with interest;

3. For Plaintiff's reasonable attorney fees and costs;

4. For punitive damages;

5. For all prejudgment and post judgment interest allowable by law; and

6. For any other and further relief as the court demes just, fair, and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on each and all issues so triable herein.

CRARY HUFF, P.C.

BY /s/*David Briese*

David C. Briese
329 Pierce Street, Ste. 200
PO Box 27
Sioux City, Iowa 51102
Telephone: (712) 277-4561
Fax: (712) 277-4605
dbriese@craryhuff.com
ATTORNEYS FOR PLAINTIFF

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Sara Beatty

**(b)** County of Residence of First Listed Plaintiff: Union
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

David C. Briese, PO Box 27, Sioux City, IA 51102; 712-277-4561

**DEFENDANTS**

Union County, South Dakota and James Prouty in his individual capacity as Sheriff of Union County, South Dakota

County of Residence of First Listed Defendant: Union
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Lisa K. Marso, PO Box 5015, Sioux Falls, SD 57104

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [x] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
Title VII of the Civil Rights Act

Brief description of cause:
sex discrimination and wrongful termination

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: April 29, 2026

SIGNATURE OF ATTORNEY OF RECORD: /s/ David C. Briese

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.